## LANE v. IVY.

FISH, C. J. "The first grant of a new trial will not be disturbed by the Supreme Court, unless the plaintiff in error shows that the judge abused his discretion in granting it, and that the law and facts require the verdict notwithstanding the judgment of the presiding judge." Civil Code, § 6204. In this case it does not appear that the law and facts required the verdict, nor that the judge abused his discretion in granting a new trial.          *Judgment affirmed. All the Justices concur.*
APRIL 13, 1912.

Complaint.    Before Judge Bell.    Fulton superior court.    January 28, 1911.

*Walter A. Sims,* for plaintiff.
*Dodd & Dodd* and *Slaton & Phillips,* for defendant.